UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | |
|---|---|---|---|
| In re Application of Gazprom Latin America Servicios, C.A. … ||||
| *versus* ||||
| N/A ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Clement Ryan Reetz<br>Bryan Cave LLP<br>200 South Biscayne Blvd., Ste. 400<br>Miami, FL 33131<br>(786) 322-7500<br>(786) 322-7501<br>Florida, Bar No. 934062<br>U.S. Dist. Ct., S. Dist. of Florida, N/A |
|---|---|
| Seeks to appear for this party: | Gazprom Latin America Servicios, C.A. |
| Dated: 5/9/2014 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                                        United States District Judge