## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| APPLICATION OF GAZPROM LATIN | § | |
| AMERICA SERVICIOS, C.A., | § | MISC. ACTION  NO. 4:14-mc-01186 |
| | § | |
| Applicant. | § | |

## GAZPROM LATIN AMERICA SERVICIOS, C.A.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Gazprom Latin America Servicios, C.A. discloses as follows: Gazprom Latin America Servicios, C.A. is wholly owned by Gazprom Latin America B.V., which is wholly owned by Gazprom International Projects B.V., which is wholly owned by Gazprom EP International B.V.


Dated: May 14, 2014                              Respectfully submitted,

                                                 **BRYAN CAVE LLP**

                                                 _____*/s/ Keith M. Aurzada*_____
                                                 Keith M. Aurzada
                                                   Attorney-in-charge
                                                   Texas Bar No. 24009880
                                                   Southern District Bar No. 24728
                                                 James C. Bookhout
                                                   Texas Bar No. 24087187
                                                   Southern District Bar No. 2254975
                                                 2200 Ross Avenue, Suite 3300
                                                 Dallas, TX  75201
                                                 Telephone:  214.721.8000
                                                 Facsimile:  214.721.8100
                                                 Email: keith.aurzada@bryancave.com
                                                        james.bookhout@bryancave.com

                                                 **ATTORNEYS FOR GAZPROM LATIN
                                                 AMERICA SERVICIOS, C.A.**