IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:14mc1186

No. 16-20469

United States District Court
Southern District of Texas
FILED

DEC 15 2016

David J. Bradley, Clerk of Court

Certified as a true copy and issued
as the mandate on Dec 15, 2016

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

GAZPROM LATIN AMERICA SERVICIOS, C.A.,

Plaintiff - Appellant

v.

LINDSAYCA, INCORPORATED; JEAN-MARC PIVERT,

Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of December 15, 2016, pursuant to appellant's unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Dawn Shulin*
Dawn M. Shulin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 15, 2016

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 16-20469    Gazprom Latin Amer Servicios v. Lindsayca,
                                  Inc., et al
                                  USDC No. 4:14-MC-1186

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dawn M. Shulin, Deputy Clerk
                              504-310-7658

cc w/encl:
    Mr. Keith M. Aurzada
    Mr. Manuel G. Escobar Jr.
    Mr. Bradley J. Purcell